UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                      Case No. 21-20762

v.                                      Honorable Sean F. Cox

Michael James Cobbledick,

        Defendant(s).
_____/

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date: May 31, 2022

s/Sean F. Cox
Sean F. Cox
U.S. District Judge

Pursuant to this order, this case is reassigned to Judge  Denise Page Hood  .
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 31, 2022

s/ S Schoenherr
Deputy Clerk